UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA LATHAN, <br><br> Plaintiff. <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and DOES 1 to100, inclusive, <br><br> Defendant. | Case No.: 2:14-CV-02303-JAM-KJN <br><br> **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: May 6, 2014 <br> Date Removed: October 6, 2014 <br> Trial Date: November 2, 2015 |

THE COURT, having reviewed and approved the Stipulation to Dismiss Entire Action with prejudice by and between Plaintiff ANGELA LATHAN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, orders as follows:

///

///

///

-1-
**[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

1  **IT IS ORDERED THAT** the Stipulation to Dismiss between Plaintiff ANGELA LATHAN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION is approved and this entire action and all parties are dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: June 3, 2015

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge

-2-
**[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**